IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
ROGER JANCAITIS  
            Debtor(s)

CHAPTER 7, CASE NO. 18-11542-SDB

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| single-family home 1303 Crow Trail Edenton, NC 27932 Chowan | $ 67,399.19 | $ | NOT ABANDON |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| Jeep Wrangler VIN: 1C4ajwagxjlb30257 | $ 32,000.00 | $ 0.00 | ABANDON |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 2,500.00 | $ 2,500.00 | |
| **Electronics** | $ 100.00 | $ 100.00 | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $ 500.00 | $ 500.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ 206.00 | $ 206.00 | |
| **Deposits in banks, etc.** | | | |
| Navy Federal | $ 66.75 | $ 66.75 | |
| **Stocks/Bonds** | | | |
| are those you cannot transfer to someone by signing or delivering them. | $ 0.00 | $ 0.00 | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | $ | $ | |
| **Other Personal Property of Any Kind** | | | |

NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: 11/28/18

_____
James C. Overstreet, Jr., Trustee